NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELLIOTT A. McNEIL,        )
                                  )
        Appellant,        )
                                  )
v.                          )        Case No. 2D18-4962
                                  )
STATE OF FLORIDA,        )
                                  )
        Appellee.        )
_____)

Opinion filed October 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Elliott A. McNeil, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.